IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BETTY J. DUNKWU**                                                                           **PLAINTIFF**

**v.**                        **Case No. 4:17-cv-00284-KGB/JTR**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                         **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 13). The Recommended Disposition recommends that this Court reverse the Commissioner's decision and remand the matter to the Commissioner for further consideration (*Id.*). The time for filing objections to the Recommended Disposition has passed, and no objections have been filed. After reviewing the Recommended Disposition, the Court adopts the Recommended Disposition as its findings in all respects (*Id.*).

It is therefore ordered that the Commissioner's decision is reversed and remanded with instructions to develop the medical record as necessary, including obtaining the opinion of a consulting physician, and to consider fully all the relevant medical evidence relating to plaintiff Betty Dunkwu's impairments and arriving at her residual functional capacity. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 25th day of March, 2019.

_____
Kristine G. Baker
United States District Judge