# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BETTY J. DUNKWU**                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:17-cv-00284-KGB/JTR**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

So adjudged this the 25th day of March, 2019.

_____
Kristine G. Baker
United States District Judge